```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. RILEY WEALTH MANAGEMENT, INC. f/k/a
WUNDERLICH SECURITIES, INC.,

                      Plaintiff,

-against-

GARY WUNDERLICH,

                      Defendant.

22-CV-00041 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including Judge Torres' Order, dated March 10, 2022 (Dkt. No. 19), directing the parties to file a letter every sixty days after May 10, 2022, updating the Court on the status of *Gary Wunderlich v. B. Riley Financial, Inc. and B. Riley Wealth Management, Inc. (f/k/a Wunderlich Securities, Inc.)*, No. 2020-0453-PAF (the "Delaware Action"). The next status letter regarding the Delaware Action is due **April 22, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: April 2, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge